## Irving H. Eddy, Appellee, v. E. J. Healy, Appellant.

### Gen. No. 23,328.　(Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed December 28, 1917. Rehearing denied January 10, 1918.

### Statement of the Case.

Action by Irving H. Eddy, plaintiff, against E. J. Healy, defendant, to recover for medical and surgical services rendered defendant's wife. From a judgment for plaintiff for $100, defendant appeals.

CHARLES J. MONAHAN, for appellant.

HERBERT R. LLOYD and P. R. BOYLAN, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

PHYSICIANS AND SURGEONS, § 25*—*when judgment for medical and surgical services not excessive.* A judgment for $100 *held* not excessive for medical and surgical services rendered by plaintiff, with assistance of another physician and surgeon and two internes, in performing an operation upon defendant's wife, whose throat had been cut practically straight through, severing the trachea, hyoid muscle, external jugular vein, and fascia and trachea between the larynx and hyoid bone, the operation consisting in cleansing the wound and sewing together the various structures severed, and requiring a degree of skill not possessed by the regular physician or surgeon.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.